UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Petitioner,<br><br>          v.<br><br>VALLARTA FOOD ENTERPRISES, INC., et al.,<br><br>                    Respondents. | Case No. 2:25-mc-00058-MCS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Application for Order to Show Cause Why Its Subpoena Should Not Be Enforced (ECF 1) and the related briefing, all of the records herein, the Report and Recommendation of United States Magistrate Judge (ECF 20), and Respondents' objections to the Report and Recommendation (ECF 27–28). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Respondents have objected.

1     The Court accepts the findings and conclusions of the Magistrate
2 Judge and adopts the Report and Recommendation.  Petitioner's
3 Application (ECF 1) for an order to enforce the subpoenas is
4 GRANTED.  No later than 45 days from the issuance of this order:
5     (1) VFE Respondents s (Vallarta Food Enterprises, Inc., Gonzalez
6         Food Enterprises, Inc., Daniel Food Enterprises, Inc.) must
7         comply with Subpoena No. LA-24-135, as narrowed by the
8         EEOC; and
9     (2) GMC Respondents s (Jalos Food Enterprises, Inc., Joya Food
10        Enterprises, Inc., Santa Isabel Enterprises, Inc., and Zixta
11        Enterprises, Inc.) must comply with Subpoena No. LA-24-134,
12        as narrowed by the EEOC.
13 **IT IS SO ORDERED.**
14
15 Dated:  December 3, 2025
16           HONORABLE MARK C. SCARSI
17           UNITED STATES DISTRICT JUDGE

2